IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

NATIONWIDE REGISTRY & )
SECURITY LTD, )
 )
        Plaintiff, )
 )
v. )   Civil Action No. 1-18-cv-1264-(AJT/JFA)
 )
NAHID AHMADPOUR, *et al.*, )
 )
        Defendants. )
_____)

### ORDER

It appearing that the current noticed hearing date does not permit briefing in accordance with the applicable court rules, it is hereby

ORDERED that the hearing on Plaintiff's Motion to Declare Defendants' Attempt to Remove a Nullity or, in the Alternative, Motion to Abstain and/or to Remand the Matter to State Court, and for an Award of Attorneys' Fees and Costs [Doc. 2], currently scheduled for Friday, October 19, 2018 at 10:00 a.m. be, and the same hereby is, CONTINUED to Friday, October 26, 2018 at 10:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

                                                  /s/
                                              Anthony J. Trenga
                                              United States District Judge

Alexandria, Virginia
October 17, 2018